THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Kenneth Wayne Brown, Appellant.
 
 
 

Appeal From Horry County
 Benjamin H. Culbertson, Circuit Court
 Judge

Unpublished Opinion No. 2011-UP-553
Submitted November 1, 2011  Filed
 December 9, 2011   

AFFIRMED

 
 
 
Bobby G. Frederick and Laura L. Hiller, of
 Myrtle Beach, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant  Attorney General Christina J. Catoe, all of Columbia;
 and Solicitor J. Gregory Hembree, of Conway, for Respondents.
 
 
 

PER CURIAM: Kenneth
 Wayne Brown appeals his conviction for assault and battery with intent to kill,
 arguing the circuit court erred in denying his motion for a directed verdict
 because the State failed to present evidence to rebut Brown's insanity.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v.
 Kennerly, 331 S.C. 442, 455, 503 S.E.2d 214, 221 (Ct. App. 1998) ("[I]ssues not raised to the trial court in
 support of the directed verdict motion are not preserved for appellate review."), aff'd, 337 S.C. 617, 524 S.E.2d 837 (1999);  In re McCracken, 346 S.C. 87, 92, 551 S.E.2d 235, 238
 (2001) (holding that more than a general directed verdict motion is required to
 preserve a directed verdict ruling).
 AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.